

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2018

No. 04-16-00764-CV

Miguel **GUERRA** and Ana Anita Guerra,
Appellants

v.

Copernicus **GUERRA**, Eric Stubbs, and Monica Trish Guerra,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-10888
Honorable Larry Noll, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, the motion to dismiss filed by appellees, Copernicus Guerra, Eric Stubbs, and Monica Trish Guerra, is GRANTED, and this appeal is DISMISSED FOR WANT OF JURISDICTION. Appellees' Motion to Award Damages for Frivolous Appeal is also DENIED.

We order that appellees, Copernicus Guerra, Eric Stubbs, and Monica Trish Guerra, recover their costs of appeal from appellants, Miguel Guerra and Ana Anita Guerra.

It is so ORDERED on April 4, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2018.

_____
Keith E. Hottle, Clerk